IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.:

| | |
|---|---|
| CK VENTURES FLORIDA LP, <br> a Delaware Limited Partnership, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA <br> DEPARTMENT OF THE TREASURY, <br> INTERNAL REVENUE SERVICE, <br> a governmental agency, <br><br> Defendant. <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, the United States of America, on behalf of the United States Department of Treasury Internal Revenue Service ("United States"), files this Notice of Removal, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1444, to remove this action from the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, to the United States District Court for the Southern District of Florida, and, in support thereof, states as follows:

1. The United States is named as a defendant in an action to quiet title filed by CK Ventures Florida LP in the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.  The case is styled *CK Ventures Florida LP v. United States of America Department of Treasury Internal Revenue Service*, Case No. 50:2019-005578-XXXX-MB, and was filed on April 26, 2019.  In that case, Plaintiff seeks to quiet title on real property located at 8269 Hawks Gully Avenue, Delray Beach, Florida 33446.

2. The United States has an interest in the real property described in paragraph 1 above by virtue of a Certificate of Assessment dated July 18, 2017 and a Notice of Federal Tax Lien filed March 15, 2018. The assessments at issue are noted in Exhibit B to Plaintiff's state court complaint.

3. As an action to quiet title to a property to which the United States claims a lien, this action is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1444.

4. Pursuant to 28 U.S.C. § 1446(d), notice of this removal will be provided to all adverse parties, and a copy of this notice of removal will be filed with the Clerk of the Circuit Court.

5. The filing of this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b). The United States has not yet been served. *See Murphy Bros. v. Michetti Pipe Stringing*, 526 U.S. 344, 356 (1999).

6. Attached hereto as Government Exhibit "A" is a copy of the state court record.

7. By filing this removal, the United States does not waive any of the defenses available under Fed. R. Civ. P. 12, including but not limited to failure to state a claim, insufficiency of process, and insufficiency of service of process.[1]

---

[1] The IRS is improperly listed as the defendant in this action. The United States, not the IRS, is the proper party-defendant. *See, e.g.*, *Castleberry v. ATF*, 530 F.2d 672, 673 n. 3 (5th Cir. 1976). The United States has not been properly served with process under Federal Rule of Civil Procedure 4(i). The only purported service was on an employee of the IRS.

## **CONCLUSION**

For the foregoing reasons, the United States removes Case No. 50:2019-CA-005578-XXXX-MB, which was filed in the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, from circuit court to federal court.

Dated: October 29, 2019

                              Respectfully submitted,

                              RICHARD E. ZUCKERMAN
                              Principal Deputy Assistant Attorney General
                              Tax Division

By:    */s/ Genesis Martinez*
        ROBERT S. SILVERBLATT (#A5502491)
        GENESIS MARTINEZ (#A5502588)
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        555 4th Street, N.W., Room 6240
        Washington, D.C.  20001
        (202) 514-9868 (Silverblatt)
        (202) 514-5915 (Martinez)
        (202) 514-9868 (fax)
        Robert.S.Silverblatt@usdoj.gov
        Genesis.Martinez@usdoj.gov

        Of Counsel:

        ARIANA FAJARDO ORSHAN
        United States Attorney

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of October 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also sent a copy of the foregoing via first class U.S. mail, postage prepaid, to:

> Fred Schwartz, Esq.
> Marni Avidon, Esq.
> 200 East Palmetto Park Road
> Suite 103
> Boca Raton, FL 33432

*/s/ Genesis Martinez*
Genesis Martinez
Trial Attorney
United States Department of Justice, Tax Division